■ JOHN MCFARLAND et al., Appellants, v OPERA OWNERS, INC., Respondent. [937 NYS2d 591]

The IAS court properly dismissed the breach of contract claim because plaintiffs concededly failed to comply with express

conditions precedent to the contract (*see Oppenheimer & Co. v Oppenheim, Appel, Dixon & Co.*, 86 NY2d 685, 690 [1995]).

The court properly dismissed the fraud claim as barred by the merger clause, "as is" clause, and other disclaimers (*see Rivietz v Wolohojian*, 38 AD3d 301 [2007]). Moreover, plaintiffs' allegations of defendant's intent to breach the contract are insufficient to state a cause of action for fraud (*see New York Univ. v Continental Ins. Co.*, 87 NY2d 308, 318 [1995]; *Board of Mgrs. of the Chelsea 19 Condominium v Chelsea 19 Assoc.*, 73 AD3d 581, 582 [2010]). Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Román, JJ.